Jeffrey D. Rubin, Esq.   SBN 90070
Kathryn B. Salmond, Esq.  SBN 139101
BARNETT & RUBIN
A Professional Corporation
5450 Trabuco Road
Irvine, CA 92620
Telephone: (949) 261-9700
Facsimile (949) 261-9799

Attorneys for Plaintiff and Counter-Defendant  N.A.F.T.A. DISTRIBUTORS,
a California corporation

FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

Priority
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| N.A.F.T.A. DISTRIBUTORS, a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>CIA EXPORTADORA DE AGUAS MINERALES, S.A. DE C.V.; CONTROLADORA DE MARCAS INTERNACIONALES, S.A. DE C.V.; and DOES 1 through 50,<br><br>     Defendants. | Case No. EDCV 03-1210-DSF(SGLx)<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41(a)** AND ORDER<br><br>Judge:    Hon. Dale S. Fischer<br>Crtrm:   840<br><br>Complaint Filed:   April 15, 2003<br>Trial Date:      January 24, 2006 |

Plaintiff and Counter-Defendant, N.A.F.T.A. Distributors ("NAFTA") hereby dismisses its second amended complaint and lawsuit filed against Cia Exportadora De Aguas Minerales S.A. De C.V. ("Exportadora"), with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

34

1    Defendant and Counterclaimant Exportadora hereby dismisses the Counterclaim filed

2  against NAFTA, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3

4  Dated: _8|25|05_

BARNETT & RUBIN, A Professional
Corporation

5

6

By: _____

7

Jeffrey D. Rubin
Attorneys for Plaintiff and
Counter-Defendant N.A.F.T.A.
Distributors

8

9

10

11

12

13  Dated: _8·30·06_

LUCE, FORWARD, HAMILTON &
SCRIPPS LLP

14

15

16

By: _____

17

Jaikaran Singh
Attorneys for Defendant and
Counterclaimant Cia Exportadora De
Aguas Minerales S.A. De C.V.

18

19

20

21  2100479.1

22

**IT IS SO ORDERED**

23

Dated _8·30·06_

24

_____

25

United States District Judge

26

27

28

STIPULATION FOR DISMISSAL
Case No. EDCV 03-1210-DSF(SGLx)

1    Defendant and Counterclaimant Exportadora hereby dismisses the Counterclaim filed

2    against NAFTA, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3

4    Dated: _____          BARNETT & RUBIN, A Professional
                                          Corporation
5

6
                                          By: _____
7                                             Jeffrey D. Rubin
                                              Attorneys for Plaintiff and
8                                             Counter-Defendant N.A.F.T.A.
                                              Distributors
9

10

11

12

13   Dated: **8/25/05**                   LUCE, FORWARD, HAMILTON &
                                          SCRIPPS LLP
14

15

16                                        By: _____
                                              Kikaran Singh
17                                            Attorneys for Defendant and
                                              Counterclaimant Cia Exportadora De
18                                            Aguas Minerales S.A. De C.V.

19

20

21   2100479.1

22

23

24

25

26

27

28

                            2                    STIPULATION FOR DISMISSAL
                                                 Case No. EDCV 03-1210-DSF(SGLx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA; COUNTY OF ORANGE

       I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 5450 Trabuco Road, Irvine, California, 92620.

       On August 29, 2005, I served the foregoing document described as **STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION PURSUANT TO F.R.C.P. RULE 41 (a)** as follows:

<u>**Chief Judge:**</u>
Judge Dale S. Fischer
United States District Court
312 North Spring Street
Los Angeles, CA 90012

Callie A. Bjurstrom, Esq.
Jaikaran Singh, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS
600 West Broadway
Suite 2600
San Diego, CA    92101-3372
**FAX MACHINE NUMBER: (619 232-8311)**

<u>**xxx**</u>  (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  (BY FACSIMILE MACHINE) to the following address and facsimile machine number:

___  BY FEDERAL EXPRESS, OVERNIGHT DELIVER, Federal Express Number

___  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee as follows:

___  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u>**XX**</u>  (FEDERAL) I declare that I am employed by the office of the member of the bar of this Court at whose directions the service was made.

Executed on August 29, 2005 at Irvine, California.

FEROL J. JOHNSON

1